EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Medidas especiales para<br>la extensión de términos<br>por motivo de la concesión del<br>jueves, 26 de julio de 2007<br>como día libre | 2007 TSPR 140<br><br>171 DPR \_\_\_\_ |

Número del Caso: EM-2007-4

Fecha: 17 de julio de 2007

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas especiales para
la extensión de términos
por motivo de la concesión del
jueves, 26 de julio de 2007
como día libre

RESOLUCIÓN

San Juan, Puerto Rico, a 17 de julio de 2007.

El Juez Presidente, Hon. Federico Hernández Denton, concedió libre el 26 de julio de 2007 a los empleados y empleadas de la Rama Judicial, con cargo a la licencia de vacaciones. A tales efectos y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, 1 L.P.R.A secs. 72 y 73, y se considerará el jueves, 26 de julio de 2007 como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes, 30 de julio de 2007, próximo día laborable.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo